Steve BENNY, Plaintiff-Appellee,

v.

Danny PIPES, et al.,
Defendants-Appellants.

No. 85–2347.

United States Court of Appeals,
Ninth Circuit.

Jan. 16, 1987.

James T. Bialac, Phoenix, Ariz., for plaintiff-appellee.

Ronald J. Greenhalgh, Asst. Atty. Gen., Phoenix, Ariz., for defendants-appellants.

Before PREGERSON, POOLE, and NOONAN, Circuit Judges.

**ORDER**

The court's opinion in this case filed September 5, 1986, 799 F.2d 489, is amended as follows:

At page 495, the parenthetical after the citation to *Meredith v. Arizona,* 523 F.2d 481, 482–83 (9th Cir.1975), which reads "single blow by guard is a substantive due process violation," is amended to read "single blow by a guard *can be* a substantive due process violation."